**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Henry JOHNSON, Defendant–Appellant.**

No. 01–6414.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

John Henry Johnson, pro se. Walter C. Holton, Jr., United States Attorney, Greensboro, NC, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

John Henry Johnson appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and the district court's opinion and

find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Johnson,* No. CR–89–251–G (M.D.N.C. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*